# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Patrick Mata v. Orchard Enterprises NY, Inc. et al.

Case Number: 1:17-cv-01804

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Patrick Mata

Attorney name (type or print):  Barry F. Irwin

Firm:    Irwin IP LLC

Street address:    1333 Burr Ridge Pkwy, Suite 200

City/State/Zip:    Burr Ridge, IL 60527

Bar ID Number: 6211213
(See item 3 in instructions)

Telephone Number:    630-756-3101

Email Address: birwin@irwinip.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/07/2017

Attorney signature:    S/ Barry F. Irwin
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015