# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Patrick Mata v. Orchard Enterprises NY, Inc. et al.

Case Number: 1:17-cv-01804

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Patrick Mata

Attorney name (type or print): Jared E. Hedman

Firm: Irwin IP LLC

Street address: 1333 Burr Ridge Pkwy, Suite 200

City/State/Zip: Burr Ridge, IL 60527

Bar ID Number: 6277635
(See item 3 in instructions)

Telephone Number: 630-756-3102

Email Address: jhedman@irwinip.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/07/2017

Attorney signature: S/ Jared E. Hedman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015